IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Terry Ray Jones, | : | |
| Plaintiff | : | Civil Action 2:11-cv-00531 |
| v. | : | Judge Marbley |
| Ohio Central Railroad, | : | Magistrate Judge Abel |
| Defendant | : | |

## ORDER

The December Settlement Week mediation set for December 14, 2012 at 3:00 p.m. is CANCELLED. The Clerk of Court is DIRECTED to mail a copy of this Order to the mediator, Frederick Gittes, 723 Oak Street, Columbus, Ohio 43215.

s/Mark R. Abel
United States Magistrate Judge